FELICE JOHN VITI, Acting United States Attorney (#7007)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:   sirena.wissler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL A. PIMENTEL-GONZALEZ,<br><br>    Defendant. | Case No.  2:25mj168 CMR<br><br>COMPLAINT<br><br><br>Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, United States Magistrate   Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

I, Jeanna Birch, am currently employed by the Utah Department of Corrections and am assigned as an Investigator in the Law Enforcement Bureau.   I have held this position since March 2024 and have been a sworn peace officer in the State of Utah for approximately 6 years. I have previously served as a Correctional Officer with the Utah Department of Corrections (June 2018 to August 2020). I was then promoted to the rank of Agent with Adult Probation and Parole in August of 2020 and worked in that position

1

until March 2024. At that point, I was sworn as a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I have completed the following training throughout my career: Special Functions Officer, Basic Corrections Officer, and Advanced Corrections Officer, graduating from the Fred House Academy in September of 2018. I was awarded the Firearms Award for my performance during the Advanced Corrections Officer training; Law Enforcement Officer, graduating from Peace Officer Standards and Training (POST) in March 2021. I've completed Fugitive Task Force training through Adult Probation and Parole and have been serving on the Adult Probation and Parole Region Three Fugitive Apprehension Team since February 2022. I have also received specialized training with respect to the enforcement of Federal firearms laws, including but not limited to 18 U.S.C. 922(g).

This affidavit is based upon my own personal investigation, as well as on information provided to me by other law enforcement agencies and agents.

## COUNT I
## 18 U.S.C. § 922(g)

On or about May 19, 2024 in the District of Utah,

MANUEL A. PIMENTEL-GONZALEZ,

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

Draco 95 9x19 mm caliber firearm and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g).

Based upon my training and experience, I know that the elements of that offense are:

*First*, that defendant knew he had been convicted of an offense the punishment for which exceeded one year (a felony offense);

*Second*, that defendant knowingly and intentionally possessed a firearm and ammunition as those terms are defined by Federal law;

*Third*, the firearm and ammunition were in and affecting commerce.

This complaint is made on the basis of investigation consisting of the following:

1. On May 19, 2024, a dispute erupted at a party at a rural property in Summit County, Utah. Summit County Sheriff's Office deputies responded and detained a number of individuals. An examination of the scene yielded dozens of expended cartridge casings, indicating that multiple weapons had been fired.

2. During the investigation, deputies located video footage depicting a heavily built male video wearing a black shirt with a white design and a black cloth on his head. Shortly before a volley of gunshots are heard, the heavily built male reached into the rear driver's side of a parked BMW X7 sport-utility vehicle and removed a large firearm with a wooden feature. The heavily built male individual was shouting profanities and insults in Spanish. He then disappeared from the camera view, immediately after which dozens of gunshots are heard on the security footage.

3. Investigators recovered at least 42 shell casings, 4 firearms, and bullet damage to vehicles at the scene.

4. Later the same day, investigators executed a search warrant at 6937 N SOUTH PASS, EAGLE MOUNTAIN, UT. There, they located the white BMX sport-utility vehicle, which had been struck and damaged by gunfire. They also located MANUEL A. PIMENTEL-GONZALEZ, who was suffering from at least one gunshot wound. Rather than seeking medical treatment, PIMENTEL-GONZALEZ and his associates had purchased first aid supplies and attempted to treat his wounds themselves. The first aid supplies were located inside the home, along with a receipt indicating they had been purchased the same day. Investigators also located a Draco 92 9x19 mm firearm with a wooden feature. The firearm was later forensically linked to expended shell casings recovered from the scene of the May 19, 2024 shooting incident in Summit County. This particular firearm was not manufactured in the State of Utah and therefore necessarily crossed state lines prior to its seizure.

5. PIMENTEL-GONZALEZ was interviewed after he was transported to the hospital. He admitted that he had attended the party in Summit County and that a dispute had erupted. PIMENTEL-GONZALEZ stated that he heard gunshots. When asked what he did after the shots were fired, PIMENTEL-GONZALEZ refused to answer. He indicated that even though he had been shot, he did not call police or go to the hospital for treatment because he was on probation and didn't want to get in trouble.

6. At least one eyewitness who was present at the May 19, 2023 shooting has testified under oath and identified PIMENTEL-GONZALEZ as the heavily built male wearing the black shirt with the white design who had retrieved the firearm from the rear seat of the BMW X7 sport-utility vehicle.

7. On or about August 18, 2023, PIMENTEL-GONZALEZ entered a plea of "guilty" to one count of Purchase, Transfer, Possession, or Use of a Firearm by a Restricted Person, a Third Degree Felony, in the Fourth District Court in and for Utah County, State of Utah in case number 220102468. PIMENTEL-GONZALEZ was ordered to serve a term of 36 months' probation and has been supervised by Adult Probation and Parole.

Based on the foregoing information, your affiant respectfully requests that warrants of arrest be issued for MANUEL A. PIMENTEL-GONZALEZ for violations of 18 U.S.C. § 922(g).

/s/ Jeanna Birch
Jeanna Birch
ATF Task Force Officer

SUBSCRIBED AND SWORN to before me this 21st day of February, 2025.

Cecilia M. Romero
United States MagistrateJudge

APPROVED:
FELICE JOHN VITI
Acting United States Attorney

Sirena Miller Wissler
SIRENA MILLER WISSLER
Assistant United States Attorney